# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: admin | Date Created: 8/19/2022 |
| Case: 22−22628−shl | Form ID: 309F1 | Total: 7 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | DW TRUMP         26 Parker Boulevard         Monsey, NY 10952 | |
| ust | United States Trustee         Office of the United States Trustee         U.S. Federal Office Building         201 Varick Street, Room 1006         New York, NY 10014 | |
| aty | Barry D. Haberman         254 South Main Street         Suite 401         New City, NY 10956 | |
| smg | Internal Revenue Service         PO Box 7346         Philadelphia, PA 19101−7346 | |
| smg | N.Y. State Unemployment Insurance Fund         P.O. Box 551         Albany, NY 12201−0551 | |
| smg | New York State Tax Commission         Bankruptcy/Special Procedures Section         P.O. Box 5300         Albany, NY 12205−0300 | |
| smg | United States Attorney's Office         Southern District of New York         Attention: Tax & Bankruptcy Unit         86 Chambers Street, Third Floor         New York, NY 10007 | |

TOTAL: 7