# EXHIBIT

# 1

Page 1

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Case No. 22-22628-shl

4  - - - - - - - - - - - - - - - - - - - - - - - - - - -x

5  In the Matter of:

6

7  D.W. TRUMP,

8

9              Debtor.

10 - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11              United States Bankruptcy Court

12              300 Quarropas Street, Room 248

13              White Plains, NY 10601

14

15              November 9, 2023

16              10:22 AM

17

18

19

20

21 B E F O R E :

22 HON SEAN LANE

23 U.S. BANKRUPTCY JUDGE

24

25 ECRO:   ART

Page 2

1 HEARING re Case Management Status Conference
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25 Transcribed by: Sonya Ledanski Hyde

Page 3

1 APPEARANCES:
2
3 UNITED STATES DEPARTMENT OF JUSTICE
4   Attorneys for the U.S. Trustee
5   201 Varick Street
6   New York, NY 10014
7
8 BY: BRIAN MASUMOTO
9
10 LAW OFFICE OF BARRY D. HABERMAN
11   Attorneys for D.W. Trump
12   254 South Main Street, Suite 401
13   New City, NY 10956
14
15 BY: BARRY D. HABERMAN
16
17
18
19
20
21
22
23
24
25

Page 4

1            PROCEEDINGS
2        THE COURT: All right. D.W. Trump, a Chapter 11
3 case, on for case management status conference. Let me find
4 out who's here on behalf of the debtor?
5        MR. HABERMAN: Barry Haberman for the debtor.
6 Good morning, Your Honor.
7        THE COURT: All right. Good morning. And let me
8 find out if there's anyone here for the United States
9 Trustee's Office.
10       MR. MASUMOTO: Good morning, Your Honor. Brian
11 Masumoto for the Office of the United States Trustee.
12       THE COURT: All right. Good morning. Anyone else
13 who might be here for this matter?
14       All right. I think's it's been a while since we
15 last got together. If my notes are right, I think that's
16 back in July. And I think there's some talk about some
17 secured lender who has not been in touch and has filed a
18 proof of claim and what to do about that situation.
19       So Mr. Haberman, maybe you can fill us in on where
20 things stand.
21       MR. HABERMAN: We've been trying to reach out to
22 the secured lender through their counsel in the state
23 foreclosure case. We've had no success. State counsel for
24 foreclosure lawyers, we told them over and over again,
25 please let their lawyers or whoever is representing the

Page 5

1 entity in terms of the bankruptcy case to give me a call,
2 get in a touch with me, or do something. I can't get in
3 touch with anybody. I get no response. So we put together
4 a plan and we'd like to be able to get a date to have a
5 hearing on the plan. The last week -- the second to last
6 week in December, suggested date December 21st?
7        THE COURT: I'm not giving you the day before --
8 basically New Year's Eve.
9        MR. HABERMAN: No, December 21st.
10       THE COURT: Oh, I thought you said the 31st.
11       MR. HABERMAN: No. No. I'm away too, Your Honor.
12       THE COURT: All right. So don't we need a
13 disclosure statement?
14       MR. HABERMAN: Yes. I'll have a disclosure
15 statement and a plan on the same date.
16       THE COURT: Well, that means you're requesting
17 conditional approval of the disclosure statement?
18       MR. HABERMAN: Yes.
19       THE COURT: All right. Well, people, normally,
20 again, get that sort of stuff in front of me by filing, by
21 submitting a proposed order. All right. So anything else,
22 Mr. Haberman before I hear from the U.S. Trustee's Office?
23       MR. HABERMAN: No, Your Honor.
24       THE COURT: All right. Mr. Masumoto?
25       MR. MASUMOTO: Good morning, Your Honor. Brian

2 (Pages 2 - 5)

Page 6

1  Masumoto for the Office of the United States Trustee. Your
2  Honor, we have no objection to setting a date for the
3  hearing on the disclosure statement and confirmation subject
4  to your chamber's requirements. We do, again, want to have
5  a specified date given that this case is somewhat -- has
6  been filed for quite a while.
7       THE COURT: All right. So here's what I'd like to
8  do. I don't have the calendar in front of me. I don't know
9  what else is on for that specific date. Obviously you need
10 a date. So I'll let you, Mr. Haberman talk to Ms. Ebanks to
11 get a date. Obviously, we'll also need you to submit, once
12 you have that date, a proposed order that sets forth
13 everything that you need to get from where we are to get
14 conditional approval as well as solicitation procedures.
15      So get the date first from Ms. Ebanks. Again, I
16 have no idea what's on for the 21st. Your request is very
17 specific. So I don't know offhand but reach out to her and
18 she'll let you know what looks good. And with that, Mr.
19 Haberman, anything else that we need to address?
20      MR. HABERMAN: Just that I want to wish the Court
21 a Happy Thanksgiving.
22      THE COURT: All right. You, too. Mr. Masumoto,
23 anything else from you?
24      MR. MASUMOTO: Nothing further, Your Honor, thank
25 you.

Page 7

1       THE COURT: All right. Thank you. And Happy
2  Thanksgiving to you as well, Mr. Masumoto.
3
4       (Whereupon these proceedings were concluded at
5  10:26 AM)

Page 8

1                CERTIFICATION
2
3       I, Sonya Ledanski Hyde, certified that the foregoing
4  transcript is a true and accurate record of the proceedings.
5
6
7  *Sonya L. Ledanski Hyde*
8  Sonya Ledanski Hyde

20 Veritext Legal Solutions
21 330 Old Country Road
22 Suite 300
23 Mineola, NY 11501
24
25 Date: December 18, 2023

3 (Pages 6 - 8)

Veritext Legal Solutions